## STATEMENT OF FACTS

On Saturday, December 17, 2005, at about 1:00 a.m., sworn officers of the United States Park Police conducted a traffic stop at 53rd and Fitch Street, S.E., Washington, D.C., on the car that defendant Thomas Jones was driving. As officers approached the vehicle, there was a strong odor consistent with marijuana emanating from the vehicle and the defendant admitted that he had been smoking marijuana. Officers asked the defendant to step out of the vehicle and a search was conducted. During the search of the vehicle, officers recovered a shoulder bag which contained $5,960.00 in U.S. Currency and a brown paper bag which contained several white rock substances, which appeared to be crack cocaine base, weighing approximately 124 grams. The white rock substance field tested positive for cocaine base. The defendant was placed under arrest and officers recoverd $891.00 in U.S. Currency from his right front pants pocket. Officers also recovered the registration and title for the vehicle in the defendant's name. In the officer's experience, the amount of the crack cocaine indicate that it was intended for distribution rather than for personal use. After the defendant was placed under arrest he stated that the passenger in the vehicle didn't know "anything about the coke" and that he had placed the drugs and the money in the passenger's bag without her knowledge.

x _____
OFFICER BRIAN KELLEY
UNITED STATES PARK POLICE

DEC 19 2005

SWORN AND SUBSCRIBED BEFORE ME
ON THIS ___ DAY OF DECEMBER, 2005

_____
U.S. MAGISTRATE JUDGE

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE