UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 05-0668M-01 (CR) |
| **THOMAS R. JONES,** | : | VIOLATION: 21 U.S.C.§841(a)(1) |
| **also known as Calvin Lorenzo Jones,** | : | and §841(b)(1)(A)(iii) |
| **Defendant.** | : | (Unlawful Possession with Intent to Distribute |
| | : | 50 Grams or More of Cocaine Base) |

### I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about December 17, 2005, within the District of Columbia, **THOMAS R. JONES, also known as Calvin Lorenzo Jones**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

(**Unlawful Possession with Intent to Distribute 50 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.