UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-010 |
| | : | |
| v. | : | |
| | : | |
| Thomas R. Jones | : | |
| aka Calvin Lorenzo Jones | : | |
| Defendant. | | |

NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorney Robert Feitel, Bar Number 433-180, email address: Robert.Feitel2@usdoj.gov, telephone number (202) 353-3706 and this is notice of his appearance in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
Robert Feitel
ASSISTANT UNITED STATES ATTORNEY
Bar No. 433-180
555 4th Street, N.W., Room 4231
Washington, DC 20530
(202) 353-3706