*United States District Court*
*for the District of Columbia*

**FILED**
JAN 1 9 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

the 19th day of January 2006

U.S.

vs.

Thomas R. Jones

~~Civil Action~~ Crim No. 06-010-RWR

The Clerk of said Court will enter the appearance of Gregory L. Lattimer as counsel for the defendant

Gregory L. Lattimer [371926]
(Name)           (Bar ID)                    (Name)           (Bar ID)

1100 H Street, N.W., Suite 920
(Address)                                     (Address)

Washington D.C. 20005
                                              (Phone Number)
(202) 638-0095
(Phone Number)

(Attorney for)                                (Attorney for)

the defendant
(retained)

PRAECIPE
CO-525 (1/06)