## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Criminal No.  06-010  (RWR) |
| **v.** : | |
| : | |
| **THOMAS R. JONES aka** : | |
| **CALVIN LORENZO JONES,** : | |
| : | |
| **Defendant.** : | |

### ORDER

Upon consideration of the United States' Motion to Admit Other Crimes Evidence Pursuant to Federal Rule of Evidence 404(b), and any opposition thereto, it is this

_____ day of _____, 2006, hereby

**ORDERED** that the United States' Motion to Admit Other Crimes Evidence Pursuant to Federal Rule of Evidence 404(b) be and the same is **GRANTED.**

_____
RICHARD W. ROBERTS
United States District Judge

Copies to:
Robert J. Feitel, AUSA
Gregory L. Lattimer, Esquire