SUPPLEMENTAL CRIMINAL INCIDENT RECORD

Case 1:06-cr-00010   Document 10-2   Filed 01/30/2006   Page 1 of 1

| ITEM AREA | 3 WHEN DID IT OCCUR? MO | DY | YR | 4 YEAR | 5 CASE/INCIDENT NUMBER |
|---|---|---|---|---|---|
| Anacostia Station-City Streets | 12 | 17 | 05 | 05 | 041874 |

**5 NATURE OF INCIDENT:** PWID Crack-1 Arrest

**6 RECLASSIFICATION OF INCIDENT:**

**7 RESULTS OF INVESTIGATION**

On 12/17/05 at approx 0107 hrs while operating a marked cruiser in the area of Southern Ave at Fitch St SE, I observed a gold Cadillac with multiple traffic violations. The Cadillac, bearing a DC temporary tag Z64214, had an inoperable drivers side headlight and possessed heavily tinted windows in suspected violation of DC tint law. I conducted a traffic stop on the vehicle at 53rd and Fitch St SE. Sgt. Johnson arrived moments later. Upon contact with the operator of the vehicle, identified by his DC drivers license as JONES, Calvin Lorenzo, Sgt. Johnson and I detected the strong odor of burnt marijuana emitting from the passenger compartment of the vehicle. JONES admitted to recently smoking marijuana in the vehicle. JONES also stated that he had just been released from the Prince Georges County Police Department, where he was arrested on an outstanding warrant. The driver and the front seat passenger, identified by her DC driver's license as MANLEY, Shamika Tyecha were removed from the vehicle. A search of the vehicle for further contraband was conducted at this time. Inside the main compartment of a gold bag on the front passenger floor board, I observed a large quantity of US currency, later found to be $5,960.00. Sgt. Johnson was notified to look inside the bag. Sgt. Johnson observed the large amount of US Currency and opened a brown paper bag laying amongst the money. This bag contained large chunks of an off white rock like substance, a portion of which later field tested positive for the presence of a cocaine base, weighing approximately 124 grams with an estimated street value of $12,400.00. JONES was arrested at this time by Sgt. Johnson. I was instructed to search JONES better and place him in the rear of Sgt. Johnson's cruiser. As I lifted JONES from the curb, he immediately stated, "she don't know anything about anything in the car". Sgt. Johnson replied, "anything about what". JONES replied, "anything about the coke". A further search of JONES person led to the recovery of $891.00 of US Currency. Also found in the vehicle was less then 1 gram of loose marijuana, a portion of which later field tested positive for the presence of THC. Additionally, numerous documents to JONES were recovered from the vehicle related to the ownership and purchase of the Cadillac. $5.00 of US Currency was also seized as evidence that was found atop the dash. JONES was read his Miranda rights on scene, which he subsequently waived and gave further admission to the possession of the crack cocaine and money found in the bag. I overheard the responses JONES gave to Sgt. Johnson's questions. JONES stated that he had smoked marijuana about 15 minutes earlier and that all the money and drugs in the bag belonged to him. JONES also stated that he placed the money and drugs in the bag without MANLEY's knowledge approximately 10-15 minutes before he was stopped. MANLEY's ID was located within the gold bag, however she denied any knowledge of the drugs or money located within. MANLEY was able to retrieve some miscellaneous personal items from the gold bag and was released from the scene without charges. JONES stated the headlight was inoperable due to a recent accident earlier in the day. A check of the driver side windows with a calibrated tint meter revealed a light transmittance of 3 percent on the drivers side front window and 4 percent on the drivers side rear window, both in violation of DC code. The Cadillac was seized for asset forfeiture. JONES was transported to USPP D-5 for processing and later remanded to MPD CCB to await presentment later that day on the charges of CSA PWID Crack Cocaine and UCSA Possession of Marijuana. JONES was issued a written warning for the headlight out and issued a monetary citation for the tint violation. A fingerprint check of JONES revealed his true name to be JONES, Thomas R.

DEFENDANT'S EXHIBIT 1

| 8 WARRANT(S) | 9 | 10 ID TECH NOTIFIED | 11 INVESTIGATOR NOTIFIED | 12 |
|---|---|---|---|---|
| ☐ YES ☐ NO | ☐ LATENTS ☒ PHOTOS | | Yes | PAGE 2 OF 2 PAGES |

| 13 STATUS: | ☐ OPEN | ☐ SUSPENDED | CLOSED BY: | ☐ ARREST | ☐ EXCEPTION | ☐ UNFOUNDED |
|---|---|---|---|---|---|---|

| 14 REPORTING OFFICER | BADGE/ID | DATE | 15 INVESTIGATOR | BADGE/ID | DATE | 16 SUPERVISOR | BADGE/ID | DATE |
|---|---|---|---|---|---|---|---|---|
| B. Kelley | 434 | 12/17/05 | | | | | | |

* U.S.GPO: 1992-0-625-524/41193