UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Criminal No.  06-010  (RWR) |
| v. : | |
| : | |
| **THOMAS R. JONES aka** : | |
| **CALVIN LORENZO JONES** : | |
| : | |
| : | |
| **Defendants.** : | |

## ORDER

Upon consideration of the United States' Supplemental Motion to Admit Other Crimes Evidence Pursuant to Federal Rule of Evidence 404(b), and any opposition thereto, it is this

_____ day of _____, 2006, hereby

**ORDERED** that the United States' Supplemental Motion to Admit Other Crimes Evidence Pursuant to Federal Rule of Evidence 404(b) be and the same is **GRANTED**.


              _____
              RICHARD W. ROBERTS
              United States District Judge

Copies to:
Robert J. Feitel, AUSA
Gregory L. Lattimer, Esquire