UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. **06-010-01 (RWR)** |
| v. | : | VIOLATIONS: 21 U.S.C.§841(a)(1) |
| | : | and §841(b)(1)(A)(iii) |
| **THOMAS R. JONES,** | : | (Unlawful Possession with Intent to Distribute |
| **also known as Calvin Lorenzo Jones,** | : | 50 Grams or More of Cocaine Base) |
| Defendant. | : | |

### I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about December 17, 2005, within the District of Columbia, **THOMAS R. JONES, also known as Calvin Lorenzo Jones**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

(**Unlawful Possession with Intent to Distribute 50 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii))

    KENNETH L. WAINSTEIN
    Attorney of the United States in
    and for the District of Columbia
    Bar No. 451-058

BY: _____
    ALEXANDER SHAWE
    Assistant United States Attorney
    Bar No. 472-492
    Federal Major Crimes Section
    555 4th Street, N.W., Room 4239
    Washington, D.C. 20530
    (202) 514-9519