UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO.  06-010 (RWR) |
| | : | |
| v. | : | |
| | : | |
| THOMAS JONES | : | |
| | : | |
| | : | |
| | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Aaron Mendelsohn at telephone number 202-514-9519 and/or email address Aaron.Mendelsohn@usdoj.gov  Aaron Mendelsohn will substitute for Assistant United States Attorney Alex Shawe counsel for the United States.

                Respectfully submitted,

                JEFFREY A. TAYLOR
                United States Attorney

                _____/s/_____
                Aaron Mendelsohn
                Assistant United States Attorney
                Federal Major Crimes, Bar No. 467-570
                555 4th Street, NW,  Room 4239
                Washington, DC 20530
                202-514-9519