CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Number 06-10-1 (RWR) |
| ) | |
| THOMAS R. JONES ) | |
| ) | Category  B |

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on <u>August 30, 2007</u> from <u>Judge Richard W. Roberts</u> to <u>The Calendar Committee</u> by direction of the Calendar Committee.

(Defendant has been a fugitive for more than 90 days.)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:　<u>Judge Roberts</u> & Courtroom Deputy
　　Liaison, Calendar and Case Management Committee
　　Criminal Case Processing Clerk ✓
　　U.S. Attorney—Judiciary Square Building, Room 5133
　　Statistical Clerk